**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUN 2 2 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 16-30067-MJR |
| ANTONIO M. GREEN, | ) Title 18, United States Code, |
| Defendant. | ) Sections 1791(a)(2) and 1791(b)(3). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about April 4, 2016, in Bond County, Illinois, within the Southern District of Illinois,

**ANTONIO M. GREEN,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

**A TRUE BILL**

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*James L. Porter*
JAMES L. PORTER
Acting United States Attorney

Recommend Bond: Detention