IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 16-30067-MJR |
| vs. | ) | |
| | ) | |
| ANTONIO M. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ANTICIPATEDADVISORY GUIDELINE RANGE

To sustain the charge of Possession of Contraband by a Federal Inmate, as charged in the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

FIRST: the defendant was, at the time stated in the indictment, an inmate of a Federal prison or correctional facility, as charged;

SECOND: at such time, the defendant knowingly possessed the object described in the indictment, as charged; and

THIRD: the object was a prohibited object.

### PENALTIES

A term of imprisonment of not more than five (5) years, a fine up to $250,000, or both, supervised release of not more than three (3) years, and a $100 special assessment, **to be served consecutively to the remainder of the defendant's current sentence in case number 11-CR-143-7-LRR from the United States District Court for the Northern District of Iowa.**

### Government's Position on the Advisory Guideline Range

The Government anticipates that the base offense level in this case will be thirteen (13) pursuant to §2P1.2(a)(2). The Government anticipates that, because the defendant entered a timely plea, he will receive a three-level downward adjustment for acceptance of responsibility, thus resulting in an adjusted offense level of eleven (11).

A preliminary examination of the defendant's criminal history shows a total of eight (8) points, which would place him in a Category IV. An offense level 11, Criminal History Category IV, equates with an advisory guideline range of 18-24 months, to be served consecutively to the remainder of the defendant's current sentence in case number 11-CR-143-7-LRR from the United States District Court for the Northern District of Iowa, and a fine range of $4,000 to $40,000.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　Plaintiff, )<br>)     CRIMINAL NO. 16-30067-MJR<br>　　vs. )<br>)<br>ANTONIO M. GREEN, )<br>)<br>　　　　　Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, I electronically filed the **Government's Notice of Elements of the Offense, Statutory Penalties, and Anticipated Advisory Guideline Range** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

　　AFPD Todd Schultz

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DONALD S. BOYCE
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　s/*Angela Scott*
　　　　　　　　　　　　　　　　ANGELA SCOTT
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Nine Executive Drive
　　　　　　　　　　　　　　　　Fairview Heights, IL  62208
　　　　　　　　　　　　　　　　(618) 628-3700 (office)
　　　　　　　　　　　　　　　　(618) 628-3730 (fax)
　　　　　　　　　　　　　　　　E-mail: Angela.Scott@usdoj.gov