IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cr-30067-MJR |
| | ) |
| ANTONIO M. GREEN, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

**REAGAN, Chief Judge:**

On August 17, 2016, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Green entered a guilty plea to Count 1 of the indictment – charging violation of 18 U.S.C. 1791(a)(2) and (b)(3), possession of contraband by a federal inmate.

By Report and Recommendation docketed August 17, 2016 (Doc. 20), Judge Williams recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein.

The parties were given an opportunity to object to the Report and Recommendation. That deadline (September 6, 2016) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. 20), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth in the indictment to which he pled guilty herein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. The Court **CONFIRMS** that sentencing shall proceed at **9:00 a.m. on December 2, 2016.**

Finally, the Court reminds counsel of the deadlines imposed in the August 17, 2016 notice (Doc. 21) as to sentencing memoranda and anticipated presentation of live testimony at the sentencing hearing.

IT IS SO ORDERED.

DATED September 7, 2016.

                                               s/Michael J. Reagan
                                               MICHAEL J. REAGAN
                                               Chief Judge
                                               United States District Court